JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID (DOVID) SCHICK,<br>       Plaintiff,<br><br>           v.<br><br>NANO-X IMAGING, LTD., et al.,<br>       Defendants. | CV 21-8529 DSF (AGRx)<br><br>JUDGMENT |

   The Court having granted a motion to dismiss for lack of personal jurisdiction with leave to amend and Plaintiff having failed to amend within the time provided,

   IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without leave to amend and without prejudice to filing a suit in a proper jurisdiction, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Date:  July 19, 2022

_____
Dale S. Fischer
United States District Judge